No. 843. CONSOLIDATED BOOK PUBLISHERS, INC. *v.* FEDERAL TRADE COMMISSION. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edw. W. Everett* for

554

petitioner. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Messrs. Whitney North Seymour, Charles H. Weston, Wm. H. Riley, Jr., Robert E. Healy,* and *Martin A. Morrison* for respondent.